ALEXANDER B. CVITAN (SBN 81746),
Email: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720), and
Email: marshah@rac-law.com
PETER A. HUTCHINSON (SBN 225399), Members of
Email: peterh@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARCIERO BROTHERS, INC., a California corporation; PHILIP MICHAEL ARCIERO, an individual also known as PHILIP MICHAEL ARCIERO, JR.; KAREN C. BOUSLOG, an individual; ARCH INSURANCE COMPANY, a Missouri corporation; DOE 1 through DOE 10;<br><br>　　　　　Defendants. | CASE NO. SACV12-918 CJC(JPRx)<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION; AND ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE<br><br>DUE DATE:  AUGUST 24, 2012 |

　　The Court having reviewed Plaintiff's response to the Court's Order to Show Cause re Dismissal [docket no. 8] and good cause appearing therefore,

/ / /

/ / /

/ / /

-1-

IT IS HEREBY ORDERED that the Court's Order to Show Cause issued on August 17, 2012 is discharged;

IT IS FURTHER ORDERED that this action is dismissed in its entirety, without prejudice.

DATED: August 27, 2012

_____
CORMAC J. CARNEY, UNITED STATES
DISTRICT JUDGE FOR THE CENTRAL
DISTRICT OF CALIFORNIA