1 ALEXANDER B. CVITAN (SBN 81746),
  Email: alc@rac-law.com
2 MARSHA M. HAMASAKI (SBN 102720), and
  Email: marshah@rac-law.com
3 PETER A. HUTCHINSON (SBN 225399), Members of
  Email: peterh@rac-law.com
4 REICH, ADELL & CVITAN, A Professional Law Corporation
  3550 Wilshire Boulevard, Suite 2000
5 Los Angeles, California  90010-2421
  Telephone: (213) 386-3860; Facsimile: (213) 386-5583
6
  Attorneys for Construction Laborers Trust Funds for
7 Southern California Administrative Company, LLC

JS - 6

8                    UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>   vs.<br><br>ARCIERO BROTHERS, INC., a California corporation; PHILIP MICHAEL ARCIERO, an individual also known as PHILIP MICHAEL ARCIERO, JR.; KAREN C. BOUSLOG, an individual; ARCH INSURANCE COMPANY, a Missouri corporation; DOE 1 through DOE 10;<br><br>                    Defendants. | CASE NO. SACV12-918 CJC(JPRx)<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION; AND ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE<br><br>DUE DATE:  AUGUST 24, 2012 |

    The Court having reviewed Plaintiff's response to the Court's Order to Show Cause re Dismissal [docket no. 8] and good cause appearing therefore,

/ / /

/ / /

/ / /

-1-

1   IT IS HEREBY ORDERED that the Court's Order to Show Cause
2 issued on August 17, 2012 is discharged;
3   IT IS FURTHER ORDERED that this action is dismissed in its
4 entirety, without prejudice.

6 DATED: August 27, 2012

7 _____
   CORMAC J. CARNEY, UNITED STATES
8  DISTRICT JUDGE FOR THE CENTRAL
   DISTRICT OF CALIFORNIA